1  SHARTSIS FRIESE LLP
   MARY JO SHARTSIS (Bar #55194)
2  AMY L. HESPENHEIDE (Bar #200930)
   One Maritime Plaza, 18th Floor
3  San Francisco, California 94111-3598
   Telephone: (415) 421-6500
4  Facsimile: (415) 421-2922
   Emails: mjshartsis@sflaw.com
5          ahespenheide@sflaw.com

6  Attorneys for Adversary Defendant
   A. C. SPICER, TRUSTEE IN BANKRUPTCY

7

FILED

2007 JUL 24  A 9:09

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

8            UNITED STATES BANKRUPTCY COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11  IN RE:                          ) No. 02-50653-ASW
                                    ) ANCILLARY PROCEEDING
12  GIUSEPPE ENZO CECCONI,          ) Adversary Proceeding No. 03-5024-ASW
                                    )
13                    Debtor.       )
                                    )
14  _____   )
                                    )
                                    ) **APPELLANT'S DESIGNATION OF**
15  SARAH CECCONI,                  ) **THE RECORD ON APPEAL**
                     Plaintiff,     )
16       v.                         )
                                    )
17  GIUSEPPE ENZO CECCONI and A. C. )
    SPICER, TRUSTEE IN BANKRUPTCY,  )
18                                  )
                     Defendants.    )
19  _____   )
                                    )
20  A. C. SPICER, TRUSTEE IN BANKRUPTCY, )
                     Counterclaimant, )
21       v.                         )
                                    )
22  SARAH CECCONI,                  )
                     Counter-Defendant. )
23  _____   )
                                    )
24  A. C. SPICER, TRUSTEE IN BANKRUPTCY, )
                     Cross-Claimant, )
25       v.                         )
                                    )
26  GIUSEPPE ENZO CECCONI,          )
                     Cross-Defendant. )
27  _____   )

28

Pursuant to Rule 8006 of the Bankruptcy Rules, A. C. Spicer, the adversary defendant in the above-entitled action and appellant herein, designates the record on appeal as follows:

### APPELLANT'S DESIGNATION OF THE RECORD ON APPEAL

1. **Official transcript of trial proceedings before the Bankruptcy Court from March 21, 2005 through May 31, 2005.**

| Docket No. | Title |
|---|---|
| 158 | Transcript, Date of Hearing: March 21, 2005. |
| 159 | Transcript Volume II, Date of Hearing: March 22, 2005. |
| 160 | Transcript Volume III, Date of Hearing: March 23, 2005. |
| 161 | Transcript Volume IV, Date of Hearing: March 24, 2005. |
| 195 | Supplement to Volume IV of Trial Proceedings: Pages 558-566. |
| 162 | Transcript Volume V, Date of Hearing: March 28, 2005. |
| 163 | Transcript Volume VI, Date of Hearing: March 29, 2005. |
| 164 | Transcript Volume VII, Date of Hearing: March 30, 2005. |
| 165 | Transcript Volume VIII, Date of Hearing: March 31, 2005. |
| 166 | Transcript Volume IX, Date of Hearing: April 1, 2005. |
| 167 | Transcript Volume X, Date of Hearing: April 8, 2005. |
| 169 | Transcript Volume XI, Date of Hearing: April 12, 2005. |
| 170 | Transcript Volume XII, Date of Hearing: April 13, 2005. |
| 171 | Transcript Volume XIII, Date of Hearing: April 25, 2005. |
| 172 | Transcript Volume XIV, Date of Hearing: April 26, 2005. |
| 173 | Transcript Volume XV, Date of Hearing: May 31, 2005. |

2. **Plaintiff's Trial Exhibits 1 through 174.**

| Docket No. | Title |
|---|---|
| 215 | Exhibit Nos. 1 – 10 (Trial Exhibits). |
| 216 | Exhibit Nos. 11 – 20 (Trial Exhibits). |
| 217 | Exhibit Nos. 21 – 30 (Trial Exhibits). |

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 1 -

Case No. 03-5024-ASW    APPELLANT'S DESIGNATION OF THE RECORD ON APPEAL

| Docket No. | Title |
|---|---|
| 218 | Exhibit Nos. 31 – 40  (Trial Exhibits). |
| 219 | Exhibit Nos. 41 – 50  (Trial Exhibits). |
| 220 | Exhibit Nos. 51 – 60  (Trial Exhibits). |
| 221 | Exhibit Nos. 61 – 70  (Trial Exhibits). |
| 222 | Exhibit Nos. 71 – 80  (Trial Exhibits). |
| 223 | Exhibit Nos. 81 – 90  (Trial Exhibits). |
| 224 | Exhibit Nos. 91 – 100  (Trial Exhibits). |
| 244 | Exhibit Nos. 101 – 105  (Trial Exhibits). |
| 245 | Exhibit Nos. 106 – 110  (Trial Exhibits). |
| 225 | Exhibit Nos. 111 – 120  (Trial Exhibits). |
| 226 | Exhibit Nos. 121 – 130  (Trial Exhibits). |
| 227 | Exhibit Nos. 131 – 140  (Trial Exhibits). |
| 228 | Exhibit Nos. 141 – 150  (Trial Exhibits). |
| 229 | Exhibit Nos. 151 – 160  (Trial Exhibits). |
| 230 | Exhibit Nos. 161 – 170  (Trial Exhibits). |
| 231 | Exhibit Nos. 171 – 174  (Trial Exhibits). |

3. **Defendants' Trial Exhibits A through DX.**

| Docket No. | Title |
|---|---|
| 232 | Exhibit Nos. A – Z  (Trial Exhibits). |
| 233 | Exhibit Nos. AA – AZ  (Trial Exhibits). |
| 234 | Exhibit Nos. BA – BZ  (Trial Exhibits). |
| 235 | Exhibit Nos. CA – CZ  (Trial Exhibits). |
| 236 | Exhibit Nos. DA – DX  (Trial Exhibits). |

4. Transcript of hearings on: (a) September 14, 2004 (Motion for Summary Judgment); (b) February 1, 2005 (Motions in Limine); and (c) September 22, 2006 (Closing Argument).

| Docket No. | Title |
|---|---|
| 91 | Transcript, Date of Hearing: September 14, 2004. |
| 134 | Transcript, Date of Hearing: February 1, 2005. |
| 197 | Transcript, Date of Hearing: September 22, 2006. |

5. Documents from the Clerk's Record identified below.

| Docket No. | Title |
|---|---|
| 237 | Petition to Commence Ancillary Bankruptcy Case. |
| 238 | Declaration of A. C. Spicer in Support of Petition to Commence Ancillary Bankruptcy Case. |
| 239 | Notice of Appearance by Sarah Cecconi. |
| 240 | Answer of Debtor Giuseppe Enzo Cecconi to Petition of A. C. Spicer. |
| 241 | Notice of Entry of Order Commencing Ancillary Case. |
| 242 | Notice of Entry of Order Authorizing Intervention by Sarah Cecconi. |
| 1 | Complaint to Establish Purchase Money Resulting Trust (03-5024). |
| 5 | Answer to Complaint, Counterclaim and Crossclaim by Defendant A. C. Spicer. |
| 6 | Answer to Complaint by Defendant A. C. Spicer and Counterclaim by A. C. Spicer against Sarah Cecconi and Crossclaim by A. C. Spicer against Giuseppe Enzo Cecconi. |
| 10 | Answer to Complaint by Defendant Giuseppe Enzo Cecconi. |
| 31 | Second Amended Counterclaim by A. C. Spicer against Sarah Cecconi and Crossclaim by A. C. Spicer against Giuseppe Enzo Cecconi. |
| 34 | Answer to Counterclaim filed by Sarah Cecconi. |
| 35 | Answer to Crossclaim filed by Giuseppe Enzo Cecconi. |
| 77 | Notice of Hearing and Motion for Summary Judgment. |
| 78 | Declaration of Amy L. Hespenheide in Support of Motion for Summary Judgment. |

- 3 -

Case No. 03-5024-ASW  APPELLANT'S DESIGNATION OF THE RECORD ON APPEAL

| Docket No. | Title |
|---|---|
| 79 | Declaration of Tim Albery in Support of Motion for Summary Judgment. |
| 80 | Declaration of A. C. Spicer in Support of Motion for Summary Judgment. |
| 81 | Declaration of Stuart Wolf in Support of Motion for Summary Judgment. |
| 83 | Brief/Memorandum in Opposition to Motion for Summary Judgment. |
| 84 | Declaration of Carla Korb in Support of Opposition Brief/Memorandum. |
| 85 | Declaration of Elaine Seid in Support of Opposition Brief/Memorandum. |
| 86 | Declaration of Sarah Cecconi in Support of Opposition Brief/Memorandum. |
| 87 | Declaration of Giuseppe Enzo Cecconi in Support of Opposition Brief/Memorandum. |
| 88 | Declaration of Thomas H. Hawley in Support of Opposition Brief/Memorandum. |
| 89 | Declaration of Gary S. Vandeweghe in Support of Opposition Brief/Memorandum. |
| 243 | Notice of Entry of Stipulated Order Regarding Royal Bank of Scotland's State Court Action and Attachment Lien and Enjoining Transfer of Real Property. |
| 90 | [Supporting] Reply [to] in Support of Motion for Summary Judgment. |
| 92 | Order Granting in part, Denying in part Motion for Summary Judgment. |
| 104 | Motion [in Limine] filed by Plaintiff Sarah Cecconi. |
| 114 | Motion in Limine No. 1 to Exclude Extrinsic Evidence to Contradict Written Agreements that Provide that the Property is Community Property. |
| 103 | Motion in Limine No. 2 to Exclude Testimony of Newly-Identified Witnesses at Trial. |
| 106 | Motion in Limine No. 3 to Exclude Evidence from Gary Vandeweghe. |
| 108 | Motion in Limine No. 4 to Exclude Evidence from Thomas Hart Hawley. |
| 110 | Motion in Limine No. 5 to Exclude Hearsay Evidence and Testimony Not Based on Personal Knowledge. |

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 4 -

Case No. 03-5024-ASW      APPELLANT'S DESIGNATION OF THE RECORD ON APPEAL

| Docket No. | Title |
|---|---|
| 112 | Motion in Limine No. 6 to Exclude Evidence Not Provided in Discovery. |
| 118 | Brief/Memorandum in Opposition to Motion for Miscellaneous Relief [Docket No. 104]. |
| 119 | Brief/Memorandum in Opposition to A. C. Spicer's Motion in Limine No. 1. |
| 120 | Brief/Memorandum in Opposition to A. C. Spicer's Motion in Limine No. 2. |
| 121 | Brief/Memorandum in Opposition to A. C. Spicer's Motion in Limine No. 3. |
| 122 | Brief/Memorandum in Opposition to A. C. Spicer's Motion in Limine No. 4. |
| 123 | Brief/Memorandum in Opposition to A. C. Spicer's Motion in Limine No. 5. |
| 124 | Brief/Memorandum in Opposition to A. C. Spicer's Motion in Limine No. 6. |
| 125 | Declaration of Elaine M Seid in Opposition to A. C. Spicer's Motion in Limine No. 6. |
| 126 | Amended Declaration of Elaine M. Seid in Opposition to A. C. Spicer's Motion in Limine No. 6. |
| 132 | Reply to Opposition Brief/Memorandum [Docket No. 118]. |
| 133 | Reply to Plaintiff Sarah Cecconi's Opposition to Adversary Defendant A. C. Spicer's Motion in Limine No. 1. |
| 127 | Reply to Plaintiff Sarah Cecconi's Opposition to Adversary Defendant A. C. Spicer's Motion in Limine No. 2. |
| 128 | Reply to Plaintiff Sarah Cecconi's Opposition to Adversary Defendant A. C. Spicer's Motion in Limine No. 3. |
| 129 | Reply to Plaintiff Sarah Cecconi's Opposition to Adversary Defendant A. C. Spicer's Motion in Limine No. 4. |
| 130 | Reply to Plaintiff Sarah Cecconi's Opposition to Adversary Defendant A. C. Spicer's Motion in Limine No. 5. |
| 131 | Reply to Plaintiff Sarah Cecconi's Opposition to Adversary Defendant A. C. Spicer's Motion in Limine No. 6. |
| 135 | Joint Trial Brief filed by Plaintiff Sarah Cecconi. |

- 5 -

Case No. 03-5024-ASW    APPELLANT'S DESIGNATION OF THE RECORD ON APPEAL

| Docket No. | Title |
|---|---|
| 136 | Trial Brief filed by Defendant A. C. Spicer. |
| 137 | Notice Regarding Errata to Trial Brief of Adversary Defendant A. C. Spicer. |
| 138 | Motion for Sanctions (Evidentiary) against Adversary Plaintiff Sarah Cecconi. |
| 139 | Declaration of Amy L. Hespenheide in Support of Motion for Evidentiary Sanctions against Sarah Cecconi. |
| 141 | Motion to Clarify Order on Summary Judgment filed by Defendant A. C. Spicer. |
| 143 | Brief/Memorandum in Opposition to Defendant's Motion for Order Shortening Time [re: Related Documents Nos. 138 and 141]. |
| 144 | Declaration of Paul S. Avilla in Opposition to Motion for Sanctions. |
| 145 | Supplemental Trial Brief filed by Plaintiff Sarah Cecconi. |
| 156 | Notice Regarding Receipt of Transcript and Stipulation Regarding Filing of Post-Trial Briefs. |
| 168 | Order Setting Post-Trial Briefing Schedule. |
| 174 | Trial Brief (Post) filed by Defendant Giuseppe Enzo Cecconi and Plaintiff Sarah Cecconi. |
| 175 | Trial Brief No. 1 (Post-Trial Brief) filed by Defendant A. C. Spicer. |
| 176 | Notice Regarding Errata (Post-Trial Brief of Adversary Defendant A. C. Spicer). |
| 177 | Joint Reply to Trial Brief [Docket No. 175]. |
| 178 | Final Trial Brief (Post-Trial Reply Brief) filed by Defendant A. C. Spicer. |
| 179 | Notice Regarding Errata (Post-Trial Reply Brief of Adversary Defendant A. C. Spicer). |
| 193 | Stipulation Regarding Purchase of Unimproved Pebble Beach Property in 1985. |
| 194 | Stipulation Regarding Modification of Order on Summary Judgment. |
| 198 | Joint Trial Brief (Post) – Final Supplemental Brief filed by Defendant Giuseppe Enzo Cecconi and Plaintiff Sarah Cecconi. |
| 199 | Amended Document: Proposed Findings of Fact and Conclusions of Law filed by Defendant A. C. Spicer. |

| Docket No. | Title |
|---|---|
| 200 | Supplemental Trial Brief in Response to Questions Posed by the Court filed by Defendant A. C. Spicer. |
| 202 | Memorandum Decision after Trial. |
| 246 | Statement of Issues on Appeal filed by Defendant A. C. Spicer [Appellant]. |

DATED: July 23, 2007              SHARTSIS FRIESE LLP


                                  By:  /s/ Mary Jo Shartsis
                                       MARY JO SHARTSIS

                                  Attorneys for Adversary Defendant
                                  A. C. SPICER, TRUSTEE IN BANKRUPTCY

6043\002\MSHARTSIS\1447858.2