**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

July 24, 2007

TO COUNSEL OF RECORD:

CIVIL NUMBER: **CV 07-03636 JW**

CASE TITLE: **Sarah Cecconi -v- Giuseppe Enzo Cecconi**

BANKRUPTCY NUMBER: No.02-50653-ASW (Adversary proceeding No. 03-5024 ASW

## NOTICE OF BRIEFING

    The Record on Appeal in the above matter was entered in the docket of this Court on 7/24/07. Pursuant to U.S. Bankruptcy Rule 8007 and B.L.R. 8007-1, the appellant shall serve and file a brief on 8/24/07 (30 days after entry in the District Court docket).

    The appellee shall serve and file a brief 20 days after service of appellant's brief.
    The appellant may serve and file a reply brief 10 days after service of appellee's brief.
    The appellee may serve and file a reply brief in response to appellant's brief relating to the issues in any cross-appeal 10 days after service of appellant's reply brief.
    The Bankruptcy Status Conference date is hereby **VACATED**.
    Pursuant to Civil L.R. 16-4, upon the conclusion of this briefing schedule, this matter will be deemed submitted for decision without oral argument, unless the court orders otherwise.

RICHARD W. WIEKING
Clerk

by: Cindy Vargas
Case Systems Administrator

NDC Bkcy-1  Rev. 7/96