1  SHARTSIS FRIESE LLP
   MARY JO SHARTSIS (Bar #55194)
2  AMY L. HESPENHEIDE (Bar #200930)
   One Maritime Plaza, 18th Floor
3  San Francisco, California 94111-3598
   Telephone: (415) 421-6500
4  Facsimile: (415) 421-2922
   Email: mjshartsis@sflaw.com
5         ahespenheide@sflaw.com

6  Attorneys for Appellant
   A. C. SPICER, TRUSTEE IN BANKRUPTCY
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12  IN RE:                                   Case No. 5:07-cv-03636-JW

13  GIUSEPPE ENZO CECCONI,                   **STIPULATION AND [PROPOSED]
                                             ORDER FOR MODIFIED APPELLATE
14       Debtor.                             BRIEFING SCHEDULE**

15

16
    SARAH CECCONI,
17
            Plaintiff,
18
       v.
19
    GIUSEPPE ENZO CECCONI AND A. C.
20  SPICER, TRUSTEE IN BANKRUPTCY,

21         Defendants.

22
    A. C. SPICER, TRUSTEE IN
23  BANKRUPTCY,

24         Appellant,
       v.
25
    SARAH CECCONI,
26
           Appellee.
27

28

Case No.: 5:07-cv-03636-JW
STIPULATION AND [PROPOSED] ORDER FOR MODIFIED APPELLATE BRIEFING SCHEDULE

Pursuant to the Federal Rules of Civil Procedure and Civil Local Rules 6-2 and 7-12, appellant A. C. Spicer, Trustee in Bankruptcy and appellee Sarah Cecconi hereby stipulate, subject to the Court's approval, to a short extension of time to file their briefs in order to accommodate each counsel's trial schedule on other matters. The appellate briefing schedule set by the Clerk's Notice of Briefing entered on July 24, 2007, provided that appellant's opening brief would be due in 30 days (August 24, 2007), appellee's brief 20 days thereafter (September 13, 2007) and appellant's reply 10 days thereafter (September 23, 2007). The parties have not requested, and the Court has not previously granted, any prior extension of time for the appellate briefing in this case.

The parties hereby stipulate to the following briefing schedule for the service of the appellant's brief, the appellee's brief and the appellant's reply brief:

| | |
|---|---|
| Appellant's Brief: | September 4, 2007. |
| Appellee's Brief: | October 10, 2007. |
| Appellant's Reply Brief: | October 26, 2007. |

This modified briefing schedule extends the overall briefing period by 33 days, from September 23, 2007 to October 26, 2007.

DATED:  August 8, 2007        SHARTSIS FRIESE LLP


By:  _____/s/Amy L. Hespenheide_____
　　　AMY L. HESPENHEIDE

Attorneys for Appellant
A. C. SPICER, TRUSTEE IN BANKRUPTCY

1

2  DATED: August 8, 2007            MCPHARLIN, SPRINKLES & THOMAS LLP

3

4                                   By:    */s/ Paul S. Avilla*
5                                          PAUL S. AVILLA

6                                   Attorneys for Appellee
                                    SARAH CECCONI
7

8  PURSUANT TO STIPULATION, IT IS SO ORDERED.

9  DATED:  __August 10__, 2007          _____
10                                         THE HONORABLE JAMES WARE
11                                         UNITED STATES DISTRICT JUDGE

12

13  6043\002\AHESPENHEIDE\1451754.1

14

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111