SHARTSIS FRIESE LLP
MARY JO SHARTSIS (Bar #55194)
AMY L. HESPENHEIDE (Bar #200930)
One Maritime Plaza, 18th Floor
San Francisco, California 94111-3598
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: mjshartsis@sflaw.com
ahespenheide@sflaw.com

Attorneys for Appellant
A. C. SPICER, TRUSTEE IN BANKRUPTCY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>GIUSEPPE ENZO CECCONI,<br><br>Debtor. | Case No. 5:07-cv-03636-JW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR MODIFIED APPELLATE BRIEFING SCHEDULE** |
| SARAH CECCONI,<br><br>Plaintiff,<br>v.<br>GIUSEPPE ENZO CECCONI AND A. C. SPICER, TRUSTEE IN BANKRUPTCY,<br><br>Defendants. | |
| A. C. SPICER, TRUSTEE IN BANKRUPTCY,<br><br>Appellant,<br>v.<br>SARAH CECCONI,<br><br>Appellee. | |

Case No.: 5:07-cv-03636-JW
STIPULATION AND [PROPOSED] ORDER FOR MODIFIED APPELLATE BRIEFING SCHEDULE

Pursuant to the Federal Rules of Civil Procedure and Civil Local Rules 6-2 and 7-12, appellant A. C. Spicer, Trustee in Bankruptcy and appellee Sarah Cecconi hereby stipulate, subject to the Court's approval, to a short extension of time to file their briefs in order to accommodate each counsel's trial schedule on other matters. The appellate briefing schedule set by the Clerk's Notice of Briefing entered on July 24, 2007, provided that appellant's opening brief would be due in 30 days (August 24, 2007), appellee's brief 20 days thereafter (September 13, 2007) and appellant's reply 10 days thereafter (September 23, 2007). The parties have not requested, and the Court has not previously granted, any prior extension of time for the appellate briefing in this case.

The parties hereby stipulate to the following briefing schedule for the service of the appellant's brief, the appellee's brief and the appellant's reply brief:

| | |
|---|---|
| Appellant's Brief: | September 4, 2007. |
| Appellee's Brief: | October 10, 2007. |
| Appellant's Reply Brief: | October 26, 2007. |

This modified briefing schedule extends the overall briefing period by 33 days, from September 23, 2007 to October 26, 2007.

DATED:  August 8, 2007        SHARTSIS FRIESE LLP


                              By:     */s/Amy L. Hespenheide*
                                       AMY L. HESPENHEIDE

                              Attorneys for Appellant
                              A. C. SPICER, TRUSTEE IN BANKRUPTCY

DATED: August 8, 2007       MCPHARLIN, SPRINKLES & THOMAS LLP

By:   */s/ Paul S. Avilla*
       PAUL S. AVILLA

Attorneys for Appellee
SARAH CECCONI

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  August 10 , 2007       _____
       THE HONORABLE JAMES WARE
       UNITED STATES DISTRICT JUDGE

6043\002\AHESPENHEIDE\1451754.1