SHARTSIS FRIESE LLP
MARY JO SHARTSIS (Bar #55194)
AMY L. HESPENHEIDE (Bar #200930)
One Maritime Plaza, 18th Floor
San Francisco, California 94111-3598
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Emails: mjshartsis@sflaw.com
         ahespenheide@sflaw.com

Attorneys for Appellant
A. C. SPICER, TRUSTEE IN BANKRUPTCY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>GIUSEPPE ENZO CECCONI,<br><br>　　　　　Debtor. | Case No. 5:07-cv-03636-JW<br><br>**NOTICE OF ERRATA TO APPELLANT'S BRIEF**<br><br>**The Honorable James Ware** |
| SARAH CECCONI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GIUSEPPE ENZO CECCONI and A. C. SPICER, TRUSTEE IN BANKRUPTCY,<br><br>　　　　　Defendants. | |
| A.C. SPICER, TRUSTEE IN BANKRUPTCY,<br><br>　　　　　Appellant,<br><br>　v.<br><br>SARAH CECCONI,<br><br>　　　　　Appellee. | |

Case No.: 5:07-cv-03636-JW

NOTICE OF ERRATA TO APPELLANT'S BRIEF

PLEASE TAKE NOTICE that several exhibits that were not admitted in evidence were inadvertently cited in Appellant's Brief filed September 4, 2007, and a few other errors have also been noted. The deletions and other changes or additions are as follows:

| Page | Line | Change/Addition/Deletion |
|---|---|---|
| 6 | 8 | Change "Enzo" to "Enzo's" |
|  | 9 | Delete the word "property," |
| 8 | 10 | Delete the word "undocumented," |
| 15 | 25 | Delete "Exh. 120" |
|  | 26 | Delete "Exhs. 116 and 117" and insert in their place: "Exh. BX at 3:12-14; TT 1787:1-19; TT 1791:2-10; TT 1873-1874." |
| 19 | 12 | Delete "no" and insert "few" |
|  | 13 | Following "before trial." insert "*See* Exhs. 13 and 19" |
| 27 | 17 | Delete "and found" |
|  | 27 | Change "984" to "1984" |
| 28 | 9 | Delete "Exhs. 114, 115 and 118-134" and insert "TT 1786:9-1787:17" in their place |
| 31 | 21 | Delete "that Sarah" and insert a colon after "briefs" |
| 38 | 1 | Delete "execution" |

DATED: September 5, 2007            SHARTSIS FRIESE LLP

By:   */s/ Mary Jo Shartsis*
       MARY JO SHARTSIS
Attorneys for Appellant
A.C. SPICER, TRUSTEE IN BANKRUPTCY

6043\002\MSHARTSIS\1457499.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111