McPHARLIN, SPRINKLES & THOMAS, LLP
ELAINE M. SEID Bar # 72588
PAUL S. AVILLA, Bar #120458
10 Almaden Blvd., Suite 1460
San Jose, California 95113
Telephone: (408) 293-1900
Facsimile: (408) 293-1999

Attorneys for Appellee
SARAH CECCONI

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>GIUSEPPE ENZO CECCONI,<br><br>    Debtor.<br><br>SARAH CECCONI,<br><br>    Plaintiff,<br><br>v.<br><br>GIUSEPPE ENZO CECCONI, A.C. SPICER, TRUSTEE IN BANKRUPTCY (UNDER U.K. INSOLVENCY LAWS),<br><br>    Defendants.<br><br>A.C. SPICER, TRUSTEE IN BANKRUPTCY,<br><br>    Appellant,<br><br>v.<br><br>SARAH CECCONI,<br><br>    Appellee. | No.  5:07-CV-03636-JW<br><br>STIPULATION AND [PROPOSED] ORDER TO ALLOW APPELLEE TO EXCEED PRINCIPAL BRIEF PAGE LIMIT PURSUANT TO NORTHERN DISTRICT CIVIL L.R. 7-12<br><br>The Honorable James Ware |

    This Stipulation is made under Northern District Civil L.R. 7-12 by and between Appellant, A.C. Spicer and Appellee Sarah Cecconi (hereinafter the "Parties"), by and through their attorneys of record with regard to the appeal taken from the judgment entered by the Bankruptcy Court on July 2, 2007 in the above-captioned case.

Appellee filed her Appellee's Brief on October 10, 2007 under the impression that Bankr. Rule 8010 set a limit of 50 pages for appellee's brief herein and overlooked Northern District Civil L.R. 16-4 setting a 25 page limitation for such brief. Appellant objected to the oversized brief. Given the numerous issues raised on this appeal, the length of the trial and the record in this case, the Parties agree and stipulate that appellee Sarah Cecconi shall be excused from the page limitation contained in Civil L.R. 16-4 and shall be allowed (nunc pro tunc) to file her Appellee's Brief totaling 47 pages, excluding tables and cover page, and that appellant's time for filing his Appellant's Reply Brief shall be extended by ten days from October 26, 2007 to November 5, 2007.

Dated: October 17, 2007

McPHARLIN SPRINKLES & THOMAS LLP

/s/ Paul S. Avilla
PAUL S. AVILLA
Attorneys for appellee SARAH CECCONI

Dated: October 16, 2007

SHARTSIS FRIESE LLP

MARY JO SHARTSIS
Attorneys for appellant
A.C. SPICER, TRUSTEE IN BANKRUPTCY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 22, 2007

HON. JAMES WARE