# Appendix A

# CROSS-REFERENCE INDEX TO PAPER AND ELECTRONIC TRIAL TRANSCRIPT
## (Docket Nos. 158-173, 197)

| TT Range | Docket/Volume Number | Part | Start Page | End Page |
|---|---|---|---|---|
| TT 1-156 | 158/Vol. I | Part 1 | 1 | 35 |
| | | Part 2 | 36 | 70 |
| | | Part 3 | 71 | 105 |
| | | Part 4 | 106 | 131 |
| | | Part 5 | 132 | 156 |
| TT 157-374 | 159/Vol. II | Part 1 | 157 | 186 |
| | | Part 2 | 187 | 220 |
| | | Part 3 | 221 | 251 |
| | | Part 4 | 252 | 282 |
| | | Part 5 | 283 | 313 |
| | | Part 6 | 314 | 347 |
| | | Part 7 | 348 | 374 |
| TT 375-548 | 160/Vol. III | Part 1 | 375 | 407 |
| | | Part 2 | 408 | 442 |
| | | Part 3 | 443 | 476 |
| | | Part 4 | 477 | 512 |
| | | Part 5 | 513 | 548 |
| TT 549-660 | 161/Vol. IV | Part 1 | 549 | 560 |
| | 195/Supp. Vol. IV Part 1 | | 558 | 566 |
| | *missing from docket* | | *567* | *569* |
| | | Part 1 | 570 | 594 |
| | | Part 2 | 595 | 635 |
| | | Part 3 | 636 | 660 |
| TT 661-805 | 162/Vol. V | Part 1 | 661 | 710 |
| | | Part 2 | 711 | 751 |
| | | Part 3 | 752 | 778 |
| | | Part 4 | 779 | 805 |
| TT 806-973 | 163/Vol. VI | Part 1 | 806 | 846 |
| | | Part 2 | 847 | 889 |
| | | Part 3 | 890 | 928 |
| | | Part 4 | 929 | 954 |
| | | Part 5 | 955 | 973 |

| TT Range | Docket/Volume Number | Part | Start Page | End Page |
|---|---|---|---|---|
| TT 974-1195 | 164/Vol. VII | Part 1 | 974 | 1020 |
| | | Part 2 | 1021 | 1067 |
| | | Part 3 | 1068 | 1117 |
| | | Part 4 | 1118 | 1166 |
| | | Part 5 | 1167 | 1195 |
| TT 1196-1436 | 165/Vol. VIII | Part 1 | 1196 | 1240 |
| | | Part 2 | 1241 | 1280 |
| | | Part 3 | 1281 | 1321 |
| | | Part 4 | 1322 | 1360 |
| | | Part 5 | 1361 | 1400 |
| | | Part 6 | 1401 | 1436 |
| TT 1437-1621 | 166/Vol. IX | Part 1 | 1437 | 1480 |
| | | Part 2 | 1481 | 1524 |
| | | Part 3 | 1525 | 1569 |
| | | Part 4 | 1570 | 1621 |
| TT 1622-1814 | 167/Vol. X | Part 1 | 1622 | 1664 |
| | | Part 2 | 1665 | 1714 |
| | | Part 3 | 1715 | 1763 |
| | | Part 4 | 1764 | 1793 |
| | | Part 5 | 1794 | 1814 |
| TT 1815-1963 | 169/Vol. XI | Part 1 | 1815 | 1859 |
| | | Part 2 | 1860 | 1905 |
| | | Part 3 | 1906 | 1950 |
| | | Part 4 | 1951 | 1963 |
| TT 1964-2016 | 170/Vol. XII | Part 1 | 1964 | 2016 |
| TT 2017-2123 | 171/Vol. XIII | Part 1 | 2017 | 2063 |
| | | Part 2 | 2064 | 2099 |
| | | Part 3 | 2100 | 2123 |
| TT 2124-2248 | 172/Vol. XIV | Part 1 | 2124 | 2165 |
| | | Part 2 | 2166 | 2207 |
| | | Part 3 | 2208 | 2233 |
| | | Part 4 | 2234 | 2248 |
| TT 2249-2344 | 173/Vol. XV | Part 1 | 2249 | 2293 |
| | | Part 2 | 2294 | 2344 |
| Closing Argument | 197 | | | |

# CROSS-REFERENCE INDEX TO PAPER AND ELECTRONIC TRIAL EXHIBITS
## (Docket Nos. 215-236)

| Trial Exhibit Number | Docket-Attachment Number |
|---|---|
| 1 | 215-1 |
| 2 | 215-2 |
| 3 | 215-3 |
| 4 | 215-4 |
| 5 | 215-5 |
| 6 | 215-6 |
| 7 | 215-7 |
| 8 | 215-8 |
| 9 | 215-9 |
| 10 | 215-10 |
| 11 | 216-1 |
| 12 | 216-2 |
| 13 | 216-3 |
| 14 | 216-4 |
| 15 | 216-5 |
| 16 | 216-6 |
| 17 | 216-7 |
| 18 | 216-8 |
| 19 | 216-9 |
| 20 | 216-10 |
| 21 | 217-1 |
| 22 | 217-2 |
| 23 | 217-3 |
| 24 | 217-4 |
| 25 | 217-5 |
| 26 | 217-6 |
| 27 | 217-7 |
| 28 | 217-8 |
| 29 | 217-9 |
| 30 | 217-10 |
| 31 | 218-1 |
| 32 | 218-2 |
| 33 | 218-3 |
| 34 | 218-4 |
| 35 | 218-5 |
| 36 | 218-6 |
| 37 | 218-7 |
| 38 | 218-8 |
| 39 | 218-9 |
| 40 | 218-10 |
| 41 | 219-1 |
| 42 | 219-2 |
| 43 | 219-3 |
| 44 | 219-4 |
| 45 | 219-5 |
| 46 | 219-6 |
| 47 | 219-7 |
| 48 | 219-8 |
| 49 | 219-9 |
| 50 | 219-10 |

| Trial Exhibit Number | Docket-Attachment Number |
|---|---|
| 51 | 220-1 |
| 52 | 220-2 |
| 53 | 220-3 |
| 54 | 220-4 |
| 55 | 220-5 |
| 56 | 220-6 |
| 57 | 220-7 |
| 58 | 220-8 |
| 59A | 220-9 |
| 59B | 220-10 |
| 60A | 220-11 |
| 60B | 220-12 |
| 61A | 221-1 |
| 61B | 221-2 |
| 62A | 221-3 |
| 62B | 221-4 |
| 63A | 221-5 |
| 63B | 221-6 |
| 64A | 221-7 |
| 64B | 221-8 |
| 65A | 221-9 |
| 65B | 221-10 |
| 66A | 221-11 |
| 66B | 221-12 |
| 67A | 221-13 |
| 67B | 221-14 |
| 68A | 221-15 |
| 68B | 221-16 |
| 69A | 221-17 |
| 69B | 221-18 |
| 70 | 221-19 |
| 71 | 222-1 |
| 72 | 222-2 |
| 73 Part 1 | 222-3 |
| 73 Part 2 | 222-4 |
| 74 | 222-5 |
| 75 | 222-6 |
| 76 | 222-7 |
| 77 | 222-8 |
| 78 | 222-9 |
| 79 | 222-10 |
| 80 | 222-11 |
| 81 | 223-1 |
| 82 | 223-2 |
| 83 | 223-3 |
| 84 | 223-4 |
| 85 | 223-5 |
| 86 | 223-6 |
| 87 | 223-7 |

| Trial Exhibit Number | Docket-Attachment Number |
|---|---|
| 88 Part 1 | 223-8 |
| 88 Part 2 | 223-9 |
| 88 Part 3 | 223-10 |
| 88 Part 4 | 223-11 |
| 88 Part 5 | 223-12 |
| 88 Part 6 | 223-13 |
| 88 Part 7 | 223-14 |
| 89 | 223-15 |
| 90 | 223-16 |
| 91 | 224-1 |
| 92 | 224-2 |
| 93 | 224-3 |
| 94 | 224-4 |
| 95 | 224-5 |
| 96 | 224-6 |
| 97 | 224-7 |
| 98 | 224-8 |
| 99 | 224-9 |
| 100 | 224-10 |
| 101 | 244*-1 |
| 102 Part 1 | 244*-2 |
| 102 Part 2 | 244*-3 |
| 103 Part 1 | 244*-4 |
| 103 Part 2 | 244*-5 |
| 104 Part 1 | 244*-6 |
| 104 Part 2 | 244*-7 |
| 105 Part 1 | 244*-8 |
| 105 Part 2 | 244*-9 |
| 106 Part 1 | 245*-1 |
| 106 Part 2 | 245*-2 |
| 107 Part 1 | 245*-3 |
| 107 Part 2 | 245*-4 |
| 108 Part 1 | 245*-5 |
| 108 Part 2 | 245*-6 |
| 108 Part 3 | 245*-7 |
| 109 Part 1 | 245-8 |
| 109 Part 2 | 245*-9 |
| 110 Part 1 | 245*-10 |
| 110 Part 2 | 245*-11 |
| 111 Part 1 | 225-1 |
| 111 Part 2 | 225-2 |
| 112 | 225-3 |
| 113 | 225-4 |
| 114 | 225-5 |
| 115 | 225-6 |
| 116 | 225-7 |
| 117 | 225-8 |
| 118 | 225-9 |
| 119 | 225-9 |
| 120 | 225-10 |
| 121 | 226-1 |
| 122 | 226-2 |
| 123 | 226-3 |
| 124 | 226-4 |
| 125 | 226-5 |
| 126 | 226-6 |

| Trial Exhibit Number | Docket-Attachment Number |
|---|---|
| 127 | 226-7 |
| 128 | 226-8 |
| 129 | 226-9 |
| 130 | 226-10 |
| 131 | 227-1 |
| 132 | 227-2 |
| 133 | 227-3 |
| 134 | 227-4 |
| 135 | 227-5 |
| 136 | 227-6 |
| 137 | 227-7 |
| 138 | 227-8 |
| 139 | 227-9 |
| 140 | 227-10 |
| 141 | 228-1 |
| 142 | 228-2 |
| 143 | 228-3 |
| 144 | 228-4 |
| 145 | 228-5 |
| 146 | 228-6 |
| 147 | 228-7 |
| 148 | 228-8 |
| 149 | 228-9 |
| 150 | 228-10 |
| 151 | 229-1 |
| 152 | 229-2 |
| 153 | 229-3 |
| 154 | 229-4 |
| 155 | 229-5 |
| 156 | 229-6 |
| 157 | 229-7 |
| 158 | 229-8 |
| 159 | 229-9 |
| 160 | 229-10 |
| 161 | 230-1 |
| 162 | 230-2 |
| 163 | 230-3 |
| 164 | 230-4 |
| 165 | 230-5 |
| 166 | 230-6 |
| 167 | 230-7 |
| 168 | 230-8 |
| 169 | 230-9 |
| 170 | 230-10 |
| 171 | 231-1 |
| 172 | 231-2 |
| 173 | 231-3 |
| 174 | 231-4 |

| Trial Exhibit Number | Docket-Attachment Number | Trial Exhibit Number | Docket-Attachment Number | Trial Exhibit Number | Docket-Attachment Number | Trial Exhibit Number | Docket-Attachment Number |
|---|---|---|---|---|---|---|---|
| A | 232-1 | AH | 233-8 | BO | 234-15 | CU | 235-21 |
| B | 232-2 | AI | 233-9 | BP | 234-16 | CV | 235-22 |
| C | 232-3 | AJ | 233-10 | BQ | 234-17 | CW | 235-23 |
| D | 232-4 | AK | 233-11 | BR | 234-18 | CX | 235-24 |
| E | 232-5 | AL | 233-12 | BS | 234-19 | CY | 235-25 |
| F | 232-6 | AM | 233-13 | BT | 234-20 | CZ | 235-26 |
| G | 232-7 | AN | 233-14 | BU | 234-21 | DA | 236-1 |
| H | 232-8 | AO | 233-15 | BV Part 1 | 234-22 | DB | 236-2 |
| I | 232-9 | AP | 233-16 | BV Part 2 | 234-23 | DC | 236-3 |
| J | 232-10 | AQ | 233-17 | BW | 234-24 | DD | 236-4 |
| K | 232-11 | AR | 233-18 | BX | 234-25 | DE | 236-5 |
| L | 232-12 | AS | 233-19 | BY | 234-26 | DF | 236-6 |
| M | 232-13 | AT | 233-20 | BZ | 234-27 | DG | 236-7 |
| N | 232-14 | AU | 233-21 | CA | 235-1 | DH | 236-8 |
| O | 232-15 | AV | 233-22 | CB | 235-2 | DI | 236-9 |
| P | 232-16 | AW | 233-23 | CC | 235-3 | DJ | 236-10 |
| Q | 232-17 | AX | 233-24 | CD | 235-4 | DK | 236-11 |
| R | 232-18 | AY | 233-25 | CE | 235-5 | DL | 236-12 |
| S | 232-19 | AZ | 233-26 | CF | 235-6 | DM | 236-13 |
| T | 232-20 | BA | 234-1 | CG | 235-7 | DN | 236-14 |
| U | 232-21 | BB | 234-2 | CH | 235-8 | DO | 236-15 |
| V | 232-22 | BC | 234-3 | CI | 235-9 | DP | 236-16 |
| W | 232-23 | BD | 234-4 | CJ | 235-10 | DQ | 236-17 |
| X | 232-24 | BE | 234-5 | CK | 235-11 | DR | 236-18 |
| Y | 232-25 | BF | 234-6 | CL | 235-12 | DS | 236-19 |
| Z | 232-26 | BG | 234-7 | CM | 235-13 | DT | 236-20 |
| AA | 233-1 | BH | 234-8 | CN | 235-14 | DU | 236-21 |
| AB | 233-2 | BI | 234-9 | CO | 235-15 | DV | 236-22 |
| AC | 233-3 | BJ | 234-10 | CP | 235-16 | DW | 236-23 |
| AD | 233-4 | BK | 234-11 | CQ | 235-17 | DX | 236-24 |
| AE | 233-5 | BL | 234-12 | CR | 235-18 | | |
| AF | 233-6 | BM | 234-13 | CS | 235-19 | | |
| AG | 233-7 | BN | 234-14 | CT | 235-20 | | |

\* Docket number out of sequence.
6043\002\MSHARTSIS\1469653.1

2