IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| A.C. Spicer, Trustee in Bankruptcy, | NO. C 07-03636 JW |
| Appellant, | **JUDGMENT** |
| v. | |
| Sarah Cecconi, et al., | |
| Appellees. | |

Pursuant to the Court's August 24, 2009 Order Affirming Bankruptcy Court, judgment is entered in favor of Appellees Sarah Cecconi and Giuseppe Enzo Cecconi, against Appellant A.C. Spicer, Trustee in Bankruptcy for the estate of Giuseppe Enzo Cecconi.

The Court AFFIRMS the Bankruptcy Court's Memorandum Decision After Trial that the Property located at 3190 Del Ciervo Road in Pebble Beach, California as Sarah Cecconi's separate property.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: August 24, 2009

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Amy L. Hespenheide AHESPENHEIDE@SFLAW.COM
Mary Jo C. Shartsis mjs@sfglaw.com
3  Patric J. Kelly pjkelly@ahk-law.com
Paul S. Avilla pavilla@mstpartners.com
4

5  **Dated: August 24, 2009**                    **Richard W. Wieking, Clerk**

6

7                                                 **By:   /s/ JW Chambers**
                                                       **Elizabeth Garcia**
                                                       **Courtroom Deputy**
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28